UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

```
JUDY SCHWARTZENBERGER,            )
                                  )
        Plaintiff,                )
                                  )   NO.  CV-07-013-CI
    v.                            )
                                  )
MICHAEL J. ASTRUE,                )   **JUDGMENT IN A**
Commissioner of Social Security,  )   **CIVIL CASE**
                                  )
        Defendant.                )
_____)
```

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for an immediate award of benefits. Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 31st day of August, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk